**In re: Michael NITTOLO, Petitioner.**

No. 08–1862.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. Aug. 29, 2008.

Filed: Jan. 13, 2009.

Michael Nittolo, Ray Brook, NY, pro se.

George S. Leone, Esq., Office of United States Attorney, Newark, NJ, for United States of America.

Before: SCIRICA, Chief Judge, ALDISERT and GARTH, Circuit Judges.

### OPINION OF THE COURT

PER CURIAM.

Pro se petitioner Michael Nittolo seeks a writ of mandamus to compel the United States District Court for the District of New Jersey to rule upon his motion to vacate sentence pursuant to 28 U.S.C. § 2255. The District Court entered an order denying Nittolo's § 2255 motion on October 20, 2008, 2008 WL 4661808. Therefore, we will deny the petition for writ of mandamus as moot.